UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CATHRYN ELAINE HARRIS et al., § § Plaintiffs, § § v. § BLOCKBUSTER INC., § § Defendant. § § § § | CIVIL ACTION No. 3:09-cv-217-M |

## ORDER

Before the Court is Defendant's Motion to Compel Individual Arbitration [Docket Entry #15]. The Motion is **DENIED** based on the Court's conclusion that the arbitration provision is unenforceable. The Court will detail the grounds for its decision in an Opinion to be filed shortly.

**SO ORDERED**.

March 31, 2009.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**