UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CATHRYN ELAINE HARRIS et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:09-cv-217-M |
| BLOCKBUSTER, INC., | § § § | |
| Defendant. | § § § § | |

## ORDER STAYING CASE

Before the Court is Defendant Blockbuster, Inc.'s Motion to Stay Proceedings Pending Appeal [Docket Entry #34]. The Motion is **GRANTED**. The Court has considered the Plaintiffs' Response to the Motion, and concludes that regardless of whether staying the case is automatic or in the Court's discretion, the case should be stayed until the Fifth Circuit rules on Defendant's appeal.

**SO ORDERED**.

May 1, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS