ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 12 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

May 12, 2009

| Cathryn Elaine Harris | § | |
| --- | --- | --- |
| Plaintiff/Petitioner | § | |
| | § | NDTX Case No.: 3:09-cv-217-M |
| v. | § | |
| | § | 5TH Circuit Appeals Court Case No.: 09-10420 |
| Blockbuster Inc | § | |
| Defendant/Respondent | § | |

## NOTICE OF TRANSFER OF THE 5TH CIRCUIT RECORD ON APPEAL

I hereby:

[X]  acknowledge receipt of the record on appeal which consists of:

  __1__ volumes of the record   _____ volumes of transcripts
  _____ containers of exhibits   _____ sealed documents
  _____ folders of state court records _____ other: _____

[ ]  acknowledge that the record on appeal has been transferred to the:

  _____ Appellee*      _____ Appeals Court

*If appellee's brief is required, appellant must forward the record on appeal to appellee when appellant's brief is sent to the 5th Circuit and served on appellee. See attached page for additional information.

I certify that I am proceeding *pro se* or that I am the designated attorney of record for the:

  _____ Appellant      _____ Appellee

I also certify that I have not altered the record in any way.

5/12/09
Date

_____ Special Delivery
Signature

_____
Printed Name

_____
Address

_____
Telephone Number

**This form is to be completed and filed with the District Clerk's Office each time a party receives or forwards the record on appeal, including when the appellant or appelle forwards the record to the 5th Circuit**