

RECEIVED
AUG 27 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

No. 3:09-cv-217-M     Short Title 09-10420     Harris v. Blockbuster

Dallas Division
1100 Commerce Room 1452
Dallas, TX 75242-1003

**Attorney Receipt**     *The shaded area is to be completed by original recipient. Please detach this portion and forward it to the **Disctrict Court Clerk's office** upon receipt of documents.*

☒ Records Vols.: 1 record
☐ Supp. Records Vols.
* ☐ Exhibits ☐

Records in above case listed received:
Judge/Attorney Name: Thomas S. Leatherbury
Date: 5/12/09