

No. 3:09-cv-217-M     Short Title   09-10420     Harris v. Blockbuster

Dallas Division
1100 Commerce Room 1452
Dallas, TX 75242-1003

**Attorney Forwarding Receipt**      *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's Office.*

- [X] Records Vols:    1 record
- [ ] Supp. Records Vols.
- * [ ] Exhibits

Records in above case forwarded to:
Attorney Name: Jeremy R. Wilson
Address: The Corea Firm, 325 N. St. Paul, #4150
City, State, Zip: Dallas, TX 75201
Signed: [signature]    Date: 8-26-09

------Cut Here------