ADRMOP, E-Filing

**U.S. District Court**
**California Northern District (San Jose)**
**CIVIL DOCKET FOR CASE #: 5:08-cv-03845-RS**

Lane et al v. Facebook, Inc. et al                      Date Filed: 08/12/2008
Assigned to: Magistrate Judge Richard Seeborg            Jury Demand: Plaintiff
Cause: 28:1332 Diversity-Personal Injury                 Nature of Suit: 360 P.I.: Other
                                                         Jurisdiction: Diversity

**Plaintiff**

**Sean Lane**                            represented by   **Alan Himmelfarh**
*individually, and on behalf of*                          KamberEdelson, LLC
*themselves and all others similarly*                     2757 Leonis Blvd
*situated*                                                Vernon, CA 90058
                                                          323-585-8696
                                                          Fax: 323-585-8696
                                                          Email: Consumerlaw1@earthlink.net
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David Christopher Parisi**
                                                          Parisi & Havens LLP
                                                          15233 Valleyheart Drive
                                                          Sherman Oaks, CA 91403
                                                          818-990-1299
                                                          Fax: 818-501-7852
                                                          Email: dcparisi@msn.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joseph H Malley**
                                                          Law Office of Joseph H. Malley, PC
                                                          1045 North Zang Boulevard
                                                          Dallas, TX 75208
                                                          214-943-6100
                                                          Email: malleylaw@gmail.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael James Aschenbrener**
                                                          KamberEdelson, LLC
                                                          350 N. LaSalle Street, Suite 1300
                                                          Chicago, IL 60654
                                                          312-589-6379
                                                          Fax: 312-589-6378
                                                          Email:

maschenbrener@kamberedelson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
KamberEdelson LLC
11 Braodway
22nd Floor
New York, NY 10004
212-920-3072
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Stampley**
KamberEdelson LLC
11 Broadway
22nd Floor
New York, NY 10004
212-920-3072
Fax: 212-920-3081
Email: dstampley@kamberedelson.com

*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
KamberEdelson LLC
11 Broadway
22nd Floor
New York, NY 10004
Fax: 212-920-3072
Email: skamber@kamberedelson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
Parisi & Havens, LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
818-990-1299
Fax: 818-501-7852
Email: shavensbeckman@msn.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Mohannaed Sheikha**<br>*individually, and on behalf of themselves and all others similarly situated* | represented by | **Alan Himmelfarb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Sean Martin**
*individually, and on behalf of*
*themselves and all others similarly*
*situated*

represented by **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ali Sammour**
*individually, and on behalf of themselves and all others similarly situated*

represented by **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Suzanne L. Havens Beckman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mohammaed Zidan**<br>*individually, and on behalf of themselves and all others similarly situated* | represented by | **Alan Himmelfarb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David Christopher Parisi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph H Malley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael James Aschenbrener**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**David A Sampley**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott A Kamber**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Suzanne L. Havens Beckman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sara Karrow**<br>*individually, and on behalf of themselves and all others similarly situated* | represented by | **Alan Himmelfarb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David Christopher Parisi**<br>(See above for address) |

**Plaintiff**

**Colby Henson**
individually, and on behalf of
themselves and all others similarly
situated

represented by **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denton Hunker**
*individually, and on behalf of*
*themselves and all others similarly*
*situated*

represented by **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**

**Plaintiff**

**Firas Sheikha**
*individually, and on behalf of*
*themselves and all others similarly*
*situated*                     represented by **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hassen Sheikha**
*individually, and on behalf of*
*themselves and all others similarly*
*situated*                     represented by **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Stewart**
individually, and on behalf of
themselves and all others similarly
situated

represented by **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Tran**
*individually, and on behalf of*
*themselves and all others similarly*
*situated*

represented by **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Smith**
individually, and on behalf of
themselves and all others similarly
situated.

represented by Alan Himmelfarb

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Parnell**
individually, and on behalf of
themselves and all others similarly
situated.

represented by Alan Himmelfarb

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**

**Plaintiff**

**John Conway**
*individually, and on behalf of*
*themselves and all others similarly*
*situated*

represented by **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alicia Hunker**
*individually, and on behalf of*
*themselves and all others similarly*
*situated*                                        represented by    **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phillip Huerta**
*individually, and on behalf of*
*themselves and all others similarly*
*situated*                                        represented by    **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

David Christopher Parisi
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Joseph H Malley
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michael James Aschenbrener
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

David A Sampley
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Scott A Kamber
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Suzanne L. Havens Beckman
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Megan Lynn Hancock
*a minor, by and through her Parent*
*Rebecca Holey*

represented by   Alan Himmelfarb
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

David Christopher Parisi
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Joseph H Malley
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michael James Aschenbrener
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Austin Muhs**
*individually, and on behalf of*
*themselves and all others similarly*
*situated*

represented by **Alan Himmelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Christopher Parisi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Malley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Sampley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?82064036470271S-L_950_0-1                    9/30/2009

Case 3:09-cv-00217-M    Document 41-2    Filed 10/12/09    Page 16 of 21    PageID 299

v.

**Facebook, Inc.**                              represented by
*a Delaware corporation*

**Defendant**

---

**Suzanne L. Havens Beckman**
(See above for address)
*ATTORNEY TO BE NOTICED*

Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199
617-937-2300
Fax: 617-967-2400
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Graham Rhodes**
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
650-843-5000
Fax: 650-857-0663
Email: rhodesmg@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily Fawne Burns**
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
650-843-5000
Fax: 650-857-0663
Email: burnsef@cooley.com
*ATTORNEY TO BE NOTICED*

**Melina Kaliope Patterson**
Cooley Godward Kronish LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
650-849-7133
Fax: 650-857-0663
Email: mpatterson@cooley.com
*ATTORNEY TO BE NOTICED*

Cooley Godward Kronish LLP
represented by **Maria Ostrovsky**

**Defendant**
**Blockbuster, Inc.**
*a Delaware corporation*

**Defendant**
**Fandango, Inc.**
*a Delaware corporation*

| | |
|---|---|
| **Defendant**<br>**Hotwire, Inc.**<br>*a Delaware corporation* | represented by **Shawn Hanson**<br>Jones Day<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>415 626 3939<br>Fax: 415 875 5700<br>Email: shanson@jonesday.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
**Sta Travel, Inc.**
*a Delaware corporation*

**Defendant**
**Overstock.Com, Inc.**
*a Delaware corporation*

**Defendant**
**Zappos.Com, Inc.**
*a Delaware corporation*

**Defendant**
**Gamefly, Inc.**
*a Delaware corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2008 | 1 | **CLASS ACTION COMPLAINT** (SUMMONS ISSUED)(jury demand; against all defendants ( Filing fee $ 350, receipt number 54611003728). Filed by Ali Sammour, Mohammad Zidan, Sara Karow, Colby Henson, Sean Lane, Denton Hunker, Firas Sheikha, Hassen Sheikha, Linda Stewart, Tina Tran, Matthew Smith, Erica Parnell, John Conway, Austin Muhs, Phillip Huerta, Mohamaed Sheikha, Alicia Hancock, Megan Lynn Hancock, Sean Martin. (Attachments: # 1 Civil Cover Sheet) (bw, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/13/2008) |
| 08/12/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by |

| Date | # | Description |
|---|---|---|
| 10/10/2008 | 12 | Corporate Disclosure Statement filed by Facebook, Inc. (Patterson, Melina) (Filed on 10/10/2008) Text modified on 10/14/2008 (bw, COURT STAFF). (Entered: 10/10/2008) |
| 10/10/2008 | 11 | Certification of Interested Entities or Persons (Civil L.R. 3-16) by Facebook, Inc. (Patterson, Melina) (Filed on 10/10/2008) Text modified on 10/14/2008 (bw, COURT STAFF). (Entered: 10/10/2008) |
| 10/10/2008 | 10 | (Proposed) Order Granting Application to appear in Pro Hac Vice for attorney Maria Ostrovsky re 9 by Facebook, Inc. (bw, COURT STAFF) (Filed on 10/10/2008) (Entered: 10/10/2008) |
| 10/10/2008 | 9 | Application to appear in Pro Hac Vice for attorney Maria Ostrovsky ( Filing fee $ 210, receipt number 5461004035) filed by Facebook, Inc. (bw, COURT STAFF) (Filed on 10/10/2008) (Entered: 10/10/2008) |
| 10/06/2008 | 8 | NOTICE of Appearance by Emily Fawne Burns (Burns, Emily) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 7 | NOTICE of Appearance by Michael Graham Rhodes (Rhodes, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 08/19/2008 | 6 | ORDER by Judge Richard Seeborg granting 4 Motion for Pro Hac Vice (rssec, COURT STAFF) (Filed on 8/19/2008) (Entered: 08/19/2008) |
| 08/18/2008 | 5 | (Proposed) Order Granting Application for Admission of Attorney Joseph Hanson Malley to appear in Pro Hac Vice re 4 by Ali Sammour, Mohammaed Zidan, Sara Karrow, Colby Henson, Sean Lane, Denton Hunker, Firas Sheikha, Hassen Sheikha, Linda Stewart, Tina Tran, Matthew Smith, Erica Parnell, John Conway, Phillip Huerta, Mohannand Sheikha, Alicia Hunker, Megan Lynn Hancock, Sta Travel, Inc., Austin Muhs, Sean Martin. (bw, COURT STAFF) (Filed on 8/18/2008) (Entered: 08/19/2008) |
| 08/18/2008 | 4 | Application for Admission of Attorney Joseph Hanson Malley to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 5461003759) filed by Ali Sammour, Mohammaed Zidan, Sara Karrow, Colby Henson, Sean Lane, Denton Hunker, Firas Sheikha, Hassen Sheikha, Mathew Smith, Erica Parnell, Phillip Huerta, Mohannand Sheikha, Alicia Hunker, Megan Lynn Hancock, Hotwire, Inc., Austin Muhs, Sean Martin. (bw, COURT STAFF) (Filed on 8/18/2008) (Entered: 08/19/2008) |
| 08/12/2008 | | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 08/13/2008) |
| 08/12/2008 | 3 | Summons Issued as to Facebook, Inc., Blockbuster, Inc., Fandango, Inc., Hotwire, Inc., Sta Travel, Inc., Overstock.Com, Inc., Zappos.Com, Inc., Gamefly, Inc. (bw, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/13/2008) |
| | | 11/26/2008. Case Management Conference set for 12/3/2008 02:30 PM. (bw, COURT STAFF) (Filed on 8/12/2008) (Additional attachment(s) added on 8/13/2008: # 1 ADR) (bw, COURT STAFF). (Entered: 08/13/2008) |

| Date | # | Description |
|---|---|---|
| 10/10/2008 | 13 | ORDER by Judge Richard Seeborg granting 9 Motion for Pro Hac Vice (rssec, COURT STAFF) (Filed on 10/10/2008) (Entered: 10/10/2008) |
| 10/10/2008 | 14 | MOTION to Dismiss Complaint ( 1 ) and to Strike; Memorandum of Points and Authorities in Support Thereof filed by Facebook, Inc. Motion Hearing set for 1/28/2009 09:30 AM in Courtroom #4, 5th Floor, San Jose. (Patterson, Melina) (Filed on 10/10/2008) Text modified conforming to posted document caption, and linkage added on 10/14/2008 (bw, COURT STAFF). (Entered: 10/10/2008) |
| 10/10/2008 | 15 | (Proposed) Order Granting Motion to Dismiss Complaint and to Strike re 14 by Facebook, Inc. (Patterson, Melina) (Filed on 10/10/2008) Text modified conforming to posted document caption on 10/14/2008 (bw, COURT STAFF). (Entered: 10/10/2008) |
| 10/10/2008 | 16 | Request for Judicial Notice filed by Facebook, Inc. (Patterson, Melina) (Filed on 10/10/2008) Modified on 10/14/2008 (bw, COURT STAFF). (Entered: 10/10/2008) |
| 10/10/2008 | 17 | Declaration of Melina K. Patterson in Support of Request for Judicial Notice re ( 16 ) filed by Facebook, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C re ({16]) (Patterson, Melina) (Filed on 10/10/2008) Text modified on 10/14/2008 (bw, COURT STAFF). (Entered: 10/10/2008) |
| 10/10/2008 | 18 | (Proposed) Order Granting Request for Judicial Notice re 16 by Facebook, Inc. (Patterson, Melina) (Filed on 10/10/2008) Modified on 10/14/2008 (bw, COURT STAFF). (Entered: 10/10/2008) |
| 10/10/2008 | 19 | Joint STIPULATION and [Proposed] Order Re Open Extension of Time to Respond to Complaint re ( 1 ) by Hotwire, Inc. (Hanson, Shawn) (Filed on 10/10/2008) Linkage added on 10/14/2008 (bw, COURT STAFF). (Entered: 10/10/2008) |
| 10/10/2008 | 20 | ORDER re 19 Stipulation filed by Hotwire, Inc. Status Conference set for 12/17/2008 02:30 PM in Courtroom #4, 5th Floor, San Jose. The Case Management Conference set for December 3, 2008 2:30 PM will be rescheduled. Signed by Judge Richard Seeborg on 10/10/08. (rssec, COURT STAFF) (Filed on 10/10/2008) (Entered: 10/10/2008) |
| 12/16/2008 | 21 | Minute Entry: Status Conference held (Date Filed: 12/16/2008). (Court Reporter not reported.) (mpb, COURT STAFF) (Date Filed: 12/16/2008) (Entered: 12/16/2008) |
| 01/22/2009 | 22 | Joint Stipulation and [Proposed] Order Re Proceeding Before Judge Seeborg and Removing Motion to Dismiss from Court Calendar re 14 by Hotwire, Inc. (Hanson, Shawn) (Filed on 1/22/2009) Modified on 1/23/2009 (bw, COURT STAFF). (Entered: 01/22/2009) |
| 01/22/2009 | 23 | ORDER re 22 Stipulation, filed by Hotwire, Inc. Motions terminated: 14 MOTION to Dismiss Plaintiffs' Complaint and to Strike filed by Facebook, Inc. Signed by Judge Richard Seeborg on 1/22/09. (rssec, COURT STAFF) (Filed on 1/22/2009) (Entered: 01/22/2009) |
| 01/22/2009 | 24 | ORDER SETTING STATUS CONFERENCE. Status Conference set for |

| | | |
|---|---|---|
| 08/21/2009 | 36 | ORDER RE: 32 GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SCOTT A. KAMBER PRO HAC VICE. Signed by Judge |
| 08/21/2009 | 35 | (Proposed) Order Granting Application for Admission to appear in Pro Hac Vice for attorney David A. Stampley re 34 by Sean Lane. (bw, COURT STAFF) (Filed on 8/21/2009) (Entered: 08/21/2009) |
| 08/21/2009 | 34 | Application for Admission to appear in Pro Hac Vice for attorney David A. Stampley ( Filing fee $ 210, receipt number 54611005782) filed by Sean Lane. (bw, COURT STAFF) (Filed on 8/21/2009) (Entered: 08/21/2009) |
| 08/21/2009 | 33 | (Proposed) Order Granting Application for Admission to appear in Pro Hac Vice for attorney Scott A. Kamber re 32 by Sean Lane. (bw, COURT STAFF) (Filed on 8/21/2009) (Entered: 08/21/2009) |
| 08/21/2009 | 32 | Application for Admission to appear in Pro Hac Vice for attorney Scott A. Kamber ( Filing fee $ 210, receipt number 54611005782) filed by Sean Lane. (bw, COURT STAFF) (Filed on 8/21/2009) (Entered: 08/21/2009) |
| 08/21/2009 | 31 | NOTICE of Appearance for Attorneys for Plaintiff by David Christopher Parisi and Suzanne Havens Beckman (Parisi, David) (Filed on 8/21/2009) Modified on 8/24/2009 (bw, COURT STAFF). (Entered: 08/21/2009) |
| 03/11/2009 | 30 | Minute Entry: Status Conference (Date Filed: 3/11/2009). (not reported.) (mph, COURT STAFF) (Date Filed: 3/11/2009) (Entered: 03/11/2009) |
| 03/10/2009 | 29 | AMENDED CLERKS NOTICE Re: Telephonic Status Conference on 3/11/09 (rslc2, COURT STAFF) (Filed on 3/10/2009) (Entered: 03/10/2009) |
| 03/09/2009 | 28 | CLERKS NOTICE Re: Telephonic Status Conference on 3/11/09 (rslc2, COURT STAFF) (Filed on 3/9/2009) (Entered: 03/09/2009) |
| 01/29/2009 | 27 | ORDER by Judge Richard Seeborg granting 25 Motion for Pro Hac Vice (rssec, COURT STAFF) (Filed on 1/29/2009) (Entered: 01/29/2009) |
| 01/28/2009 | 26 | (Proposed) Order Granting Application for Admission of Attorney Michael J. Aschenbrener for leave to appear in Pro Hac Vice re 25 by Ali Sammour, Mohammaed Zidan, Sara Karrow, Colby Henson, Sean Lane, Denton Hunker, Firas Sheikha, Hassen Sheikha, Linda Stewart, Tina Tran, Matthew Smith, Erica Parnell, John Conway, Phillip Huerta, Mohannaed Sheikha, Alicia Hunker, Megan Lynn Hancock, Austin Muhs, Sean Martin. (bw, COURT STAFF) (Filed on 1/28/2009) (Entered: 01/28/2009) |
| 01/28/2009 | 25 | Application for Admission of Attorney Michael J. Aschenbrener for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 54611004595.) filed by Ali Sammour, Mohammaed Zidan, Sara Karrow, Colby Henson, Sean Lane, Denton Hunker, Firas Sheikha, Hassen Sheikha, Linda Stewart, Tina Tran, Matthew Smith, Erica Parnell, John Conway, Phillip Huerta, Mohannaed Sheikha, Alicia Hunker, Megan Lynn Hancock, Austin Muhs, Sean Martin. (bw, COURT STAFF) (Filed on 1/22/2009) (Entered: 01/22/2009) |
| | | 3/11/2009 02:30 PM in Courtroom #4, 5th Floor, San Jose. Signed by Judge Richard Seeborg on 1/22/09. (rssec, COURT STAFF) (Filed on 1/22/2009) (Entered: 01/22/2009) |

Case 3:09-cv-00217-M    Document 41-2    Filed 10/12/09    Page 21 of 21    PageID 304

https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?8206403647027l5-L_950_0-1      9/30/2009

| | | |
|---|---|---|
| 08/21/2009 | | Richard Seeborg on 8/21/09. (rsIс2, COURT STAFF) (Filed on 8/21/2009) Richard Seeborg on 8/21/09, COURT STAFF). Modified on 8/21/2009 (rsIc2, COURT STAFF). (Entered: 08/21/2009). |
| 08/21/2009 | 37 | ORDER RE: 34 GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAVID A. STAMPLEY PRO HAC VICE. Signed by Judge Richard Seeborg on 8/21/09. (rsIc2, COURT STAFF) (Filed on 8/21/2009) (Entered: 08/21/2009). |
| 09/18/2009 | 38 | MOTION for Preliminary Approval of Class Action Settlement Agreement filed by Sean Lane. Motion Hearing set for 10/14/2009 09:30 AM in Courtroom 4, 5th Floor, San Jose. (Attachments: # 1 Exhibit - Stipulation and Agreement of Settlement, # 2 Exhibit - [Proposed] Final Judgment and Order of Dismissal, # 3 Exhibit - [Proposed] Preliminary Approval and Notice Order, # 4 Exhibit - E-Notice, # 5 Exhibit Publication Notice, # 6 Exhibit - Declaration of Scott A. Kamber, # 7 Exhibit - KamberEdelson Firm Resume) (Stampley, David) (Filed on 9/18/2009) Modified on 9/21/2009 (bw, COURT STAFF). (Entered: 09/18/2009). |

**PACER Service Center**

| Transaction Receipt | | |
|---|---|---|
| 09/30/2009 12:19:31 | | |
| PACER Login: | cp0741 | Client Code: |
| Description: | Docket Report | Search Criteria: 3:08-cv-03845-RS |
| Billable Pages: | 21 | Cost: 1.68 |