| | |
|---|---|
| 1 | Shawn Hanson (State Bar No. 109321) |
|   | shanson@jonesday.com |
| 2 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 3 | San Francisco, CA  94104 |
|   | Telephone:    (415) 626-3939 |
| 4 | Facsimile:     (415) 875-5700 |
| 5 | Attorneys for Defendant |
|   | HOTWIRE, INC. |
| 6 | |
|   | [Counsel for Defendants Continued on Signature Page] |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | **SEAN LANE, et al.,** | **Case No. C 08-03845 RS** |
| 13 | Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER RE PROCEEDING BEFORE JUDGE SEEBORG AND REMOVING MOTION TO DISMISS FROM COURT CALENDAR** |
| 14 | v. | |
| 15 | **FACEBOOK, INC., et al.,** | |
| 16 | Defendants. | |
| 17 | | **Judge:   Richard Seeborg** |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1.  Further to the call with the Court on December 17, 2008, all parties stipulate that they consent to proceeding before United States Magistrate Judge Richard Seeborg in the above-captioned proceedings for all purposes.

2.  Moving party Facebook, Inc. requests that the Court take off calendar the pending motion to dismiss the complaint, filed October 10, 2008, and schedule a status conference for early March 2009.

| | | |
|---|---|---|
| 1 | DATED: January 22, 2009 | KAMBEREDELSON LLC |
| 2 | | |
| 3 | | By: /s/ Scott A. Kamber |
| | | Alan Himmelfarb |
| 4 | | Scott A. Kamber (*pro hac vice* to be submitted) |
| | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | DATED: January 22, 2009 | COOLEY GODWARD KRONISH LLP |
| 7 | | |
| 8 | | By: /s/ Michael G. Rhodes |
| | | Michael G. Rhodes |
| 9 | | Attorneys for Facebook, Inc. |
| 10 | | |
| 11 | DATED: January 22, 2009 | JONES DAY |
| 12 | | By: /s/ Shawn Hanson |
| | | Shawn Hanson |
| 13 | | Attorneys for Defendant Hotwire, Inc. |
| 14 | | |
| 15 | DATED: January 9, 2009 | VINSON & ELKINS LLP |
| 16 | | |
| 17 | | By: /s/ Marc A. Fuller |
| | | Marc A. Fuller |
| 18 | | Attorneys for Defendant Blockbuster, Inc. |
| 19 | | |
| 20 | DATED: January 22, 2009 | ZAPPOS.COM, INC. |
| 21 | | By: /s/ Donna M. Herzing |
| | | Donna M. Herzing |
| 22 | | Attorneys for Defendant Zappos.com, Inc. |
| 23 | | |
| 24 | DATED: January 20, 2009 | OVERSTOCK.COM, INC. |
| 25 | | |
| 26 | | By: /s/ Jonathan E. Johnson III |
| | | Jonathan E. Johnson III |
| 27 | | Attorneys for Defendant Overstock.com, Inc. |
| 28 | | |

1 | DATED: January 12, 2009 | FANDANGO, INC.

2

3 | | By:  /s/ Stacey Olliff
       Stacey Olliff
       Attorneys for Defendant Fandango, Inc.

4

5

DATED: January 20, 2009 | HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP

6

7

By:  /s/ Stephen P. Ellingson
     Stephen P. Ellingson
     Attorneys for Defendant STA Travel, Inc.

8

9

10

DATED: January 20, 2009 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11

12 | | By:  /s/ Kent R. Raygor
          Kent R. Raygor
          Attorneys for Defendant Gamefly, Inc.

13

14

## ATTESTATION CERTIFICATE

15

16  I, Shawn Hanson, hereby attest that I have on file all holograph signatures for any

17 signatures indicated by a "conformed" signature (/s/) within this efiled document.

18 DATED: January 22, 2009    JONES DAY

19

20 | | By:  /s/ Shawn Hanson
          Shawn Hanson
          Attorneys for Defendant Hotwire, Inc.

21

22

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24 Dated: _____, 2009    _____
                                      The Honorable Richard Seeborg
25                                    Magistrate Judge of the United States
                                        District Court
26

27

SFI-601780v1

28

JOINT STIP. & PROP. ORD. RE PROCEEDING
BEFORE JUDGE SEEBORG & REMOVING MTN.
- 3 -    TO DIS. FROM CALENDAR, C 08-03845 RS