UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

**MAGISTRATE JUDGE RICHARD SEEBORG**

Time in Court: 10 min

ERO/CRT REPRTR: __NOT REPORTED__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
DATE: __3/11/09__
CASE #: __C 08-03845RS__

CASE TITLE: __SEAN LANE, ET AL__ VS. __FACEBOOK, INC., ET AL__

**Appearances for Plaintiff(s)**

__SCOTT A. KAMBER__

**Appearances for Defendant(s)**

__MICHAEL G. RHODES__

__SHAWN HANSON__

__MARC A. FULLER__

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { X } TELEPHONIC STATUS CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED   [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED   [ ] DENIED   [ ] SUBMITTED   [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: __STATUS CONFERENCE IS HELD.__