# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CATHRYN ELAINE HARRIS et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | No. 3:09-cv-217-M |
| § | |
| BLOCKBUSTER, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the Plaintiffs' Motion to Lift Stay, Consolidate Proceedings, and to Enter Order to Show Cause [Docket Entry #41]. The Court **ORDERS** Defendant Blockbuster, Inc. to file a response to Plaintiffs' Motion by noon on November 2, 2009.

**SO ORDERED**.

October 23, 2009.

**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**