

RENAISSANCE TOWER
The Forty First Floor
1201 Elm Street, Suite 4150
Dallas, Texas 75270

RECEIVED
OCT 29 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Lola Mayhall
lmayhall@corealaw.com

(Tel) 214 953-3900
(Fax) 214 953-3901

October 27, 2009

**VIA FIRST CLASS MAIL**
United States District Court
Northern District of Texas
Dallas Division
1100 Commerce, Room 1452
Dallas, TX 75242-1003

       Re: Civil Action No. 3:09-cv-217M; *Cathryn Elaine Harris v. Blockbuster, Inc.*

Dear Clerk of the Court:

 Please let this confirm that the Original Record regarding the above referenced matter has been mailed to the 5th Circuit Court of Appeals along with our Appellee's Brief.

 Please feel free to contact me if you have any questions or need any additional information.

          Sincerely,

          Lola Mayhall,
          Paralegal to
          Jeremy R. Wilson

Enclosures