IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CATHRYN ELAINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCKBUSTER INC.<br><br>Defendant. | §§§§§§§§§§§§ | CIVIL ACTION NO. 3:09-cv-217-M |

---

**BLOCKBUSTER'S APPENDIX IN SUPPORT OF ITS RESPONSE TO PLAINTIFFS' MOTION TO LIFT STAY, CONSOLIDATE PROCEEDINGS AND TO ENTER ORDER TO SHOW CAUSE**

---

VINSON & ELKINS L.L.P.

  Michael L. Raiff
    State Bar No. 00784803
  Frank C. Brame
    State Bar No. 24031874
  Marc A. Fuller
    State Bar No. 24032210
  2001 Ross Avenue, Suite 3700
  Dallas, Texas 75201
  214.220.7705
  214.999.7705 (fax)
  mraiff@velaw.com

          Respectfully submitted,

/s/ Frank C. Brame
Michael L. Raiff
  State Bar No. 00784803
Frank C. Brame
  State Bar No. 24031874
Marc A. Fuller
  State Bar No. 24032210
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
214.220.7705
214.999.7705 (fax)
mraiff@velaw.com

*Attorneys for Defendant Blockbuster Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2009, I electronically filed the foregoing Defendant Blockbuster Inc.'s Appendix in Support of Response in Opposition to Plaintiffs' Motion to Lift Stay, Consolidate Proceedings and to Enter Order to Show Cause with the Clerk of the Court for the United States District Court, Northern District of Texas, using the ECF System of the Court. The ECF System sent a "Notice of Electronic Filing" to the attorneys who have consented in writing to accept this notice as service of this document by electronic means.

          /s/ Frank C. Brame
          Frank C. Brame

US 142388v.1