# EXHIBIT 3

1  Michael L. Raiff (nonresident application forthcoming)
   mraiff@velaw.com
2  Frank C. Brame (nonresident application forthcoming)
3  fbrame@velaw.com
   Marc A. Fuller (Cal. Bar No. 225462)
4  mfuller@velaw.com
5  VINSON & ELKINS L.L.P.
   2001 Ross Avenue, Suite 3700
6  Dallas, Texas  75201
7  Telephone:   (214) 220-7705
   Facsimile:    (214) 999-7705
8
9  Attorneys for Defendant Blockbuster Inc.

10
11              **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN LANE, et al., | CASE NO.: 5:08-cv-03845-RS |
| Plaintiffs, | DECLARATION OF FRANK C. BRAME IN SUPPORT OF BLOCKBUSTER'S OPPOSITION TO PROPOSED INTERVENORS' MOTION FOR LIMITED INTERVENTION AND TO STAY CONSIDERATION OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT |
| vs. | |
| FACEBOOK INC., et al., | |
| Defendants. | |

- 1 -
BRAME DECLARATION IN SUPPORT OF BLOCKBUSTER'S OPPOSITION TO MOTION FOR INTERVENTION

I, Frank C. Brame, make this Declaration under the penalty of perjury under the laws of the United States:

1. I am an attorney licensed to practice law in the State of Texas and am associated with the law firm of Vinson & Elkins LLP., counsel for defendant Blockbuster Inc. ("Blockbuster") in this case. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify, I could and would testify competently thereto.

2. To my knowledge, Blockbuster has not been served in this case and has not hired local counsel. Blockbuster did not participate in the negotiations between Plaintiffs and Facebook leading up to the settlement of the claims in this case.

3. Following the filing of the motion for preliminary approval in this case, I notified counsel for the proposed intervenors Catherine Harris, Mario Herrera, and Maryam Hosseiny's (the "Proposed Intervenors").

4. Attached as exhibit 1 is a true and correct copy of a May 5, 2009 email from Jeremy Wilson, Esq., counsel for the Proposed Intervenors.

Date: October 12, 2009

_____
Frank C. Brame

# EXHIBIT 1

**Brame, Frank**

**From:** Jeremy Wilson [jwilson@corealaw.com]
**Sent:** Tuesday, May 05, 2009 3:17 PM
**To:** Brame, Frank
**Subject:** Harris v. Blockbuster

Frank,

I just heard another lawsuit in the Northern District of California against Facebook involving the same circumstances as our lawsuit. It appears Blockbuster was sued, but never served with the Complaint. I also heard that a settlement of the claims against Facebook is being finalized. I was just wondering if you know anything about this lawsuit and whether Blockbuster is aware of it since they do not appear to have been served with procees in that case?

1