# EXHIBIT 6

1  SCOTT A, KAMBER (admitted *pro hac vice*)
   DAVID STAMPLEY (admitted *pro hac vice*)
2  skamber@kamberedelson.com
   dstampley@kamberedelson.com
3  KAMBEREDELSON, LLC
   11 Broadway, 22nd Floor
4  New York, New York 10004
   Telephone: (212) 920-3072
5  Facsimile:  (212) 202-6364

6  JOSEPH H. MALLEY (admitted *pro hac vice*)
   LAW OFFICE OF JOSEPH H. MALLEY
7  1045 North Zang Boulevard
   Dallas, Texas 75208
8  Telephone: (214) 943-6100
   Facsimile:  (214) 943-6170
9
   DAVID C. PARISI (SBN 162248)
10 SUZANNE HAVENS BECKMAN (SBN 188814)
   dcparisi@parisihavens.com
11 shavens@parisihavens.com
   PARISI & HAVENS LLP
12 15233 Valleyheart Drive
   Sherman Oaks, California 91403
13 Telephone: (818) 990-1299
   Facsimile:  (818) 501-7852
14
   ATTORNEYS FOR PLAINTIFFS
15

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, *et al.*, | No. 08-cv-3845 RS |
| Plaintiffs, | [Assigned to the Hon. Richard Seeborg] |
| v. | |
| FACEBOOK, INC., a Delaware Corporation, BLOCKBUSTER, INC., a Delaware Corporation, FANDANGO, INC., a Delaware Corporation, HOTWIRE, INC., a Delaware Corporation, STA TRAVEL, INC., a Delaware Corporation, OVERSTOCK.COM, INC., a Delaware corporation, ZAPPOS.COM, INC., a Delaware Corporation, GAMEFLY, INC., a Delaware Corporation, and DOES 1-40, corporations, | **DECLARATION OF JOSEPH H. MALLEY IN OPPOSITION TO MOTION FOR LIMITED INTERVENTION**<br><br>Location: Courtroom 4, 5th Floor<br>280 South First Street<br>San Jose, CA 95113<br>Date: October 14, 2009<br>Time: 9:30 a.m. |
| Defendants. | |

Declaration of J. Malley in Opposition                           Case No. No. 08-cv-3845 RS
to Motion for Limited Intervention

# DECLARATION OF JOSEPH H. MALLEY

I, Joseph H. Malley, declare as follows:

1. I am co-counsel for plaintiffs in the above-captioned litigation. I make this declaration in support of plaintiffs' Motion in Opposition to Proposed Intervenors' Motion for Limited Intervention. I have actively participated in all aspects of this litigation and am fully familiar with the proceedings. If called upon, I am competent to testify that the following facts are true and correct to the best of my knowledge, information, and belief.

2. I am familiar with Thomas Corea and The Corea Firm, P.L.L.C. and George A. Otstott and the firm of Otstott & Jamison, the two Dallas counsel and firms representing the Proposed Intervenors ("*Harris* Counsel"). I have worked with both firms as co-counsel in several cases both in the past, and continue to do so.

3. In June 2008, I had communications with *Harris* Counsel in which I indicated that I was working with a New York law firm on a case against Facebook, Blockbuster, Inc. and other companies regarding Facebook's Beacon program and that we anticipated filing a complaint within a month. I explained the background of the New York firm and how I believed they were uniquely situated to litigate this case successfully on behalf of the class.

4. In early September 2008, approximately one month after filing the instant action, I communicated to *Harris* Counsel that the instant action had been filed and was substantially broader than the *Harris* Counsel's action against Blockbuster, Inc.

5. Over the past year, I have had numerous communications with the *Harris* Counsel on various matters, including communications in which we have discussed the instant action and issues related to it.

6. I declare under penalty perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2009 at Dallas, Texas.

_____
Joseph H. Malley

Declaration of J. Malley in Opposition
to Motion for Limited Intervention

- 2 -

Case No. No. 08-cv-3845 RS