UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CATHRYN ELAINE HARRIS et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:09-cv-217-M |
| | § | |
| BLOCKBUSTER, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is the Plaintiffs' Motion to Lift Stay, Consolidate Proceedings, and to Enter Order to Show Cause [Docket Entry #41]. The Court, having considered the arguments and authorities submitted by both parties, has determined that the Motion should be **DENIED**.

**SO ORDERED**.

December 7, 2009.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS