IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CATHRYN ELAINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCKBUSTER INC.<br><br>Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:09-cv-217-M |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Cathryn Elaine Harris, Mario Herrera, and Maryam Hosseiny (collectively, "Plaintiffs") and Defendant Blockbuster Inc. ("Blockbuster") file this Joint Stipulation of Dismissal with Prejudice. Plaintiffs hereby dismiss with prejudice all of their claims in the above-styled case against Blockbuster. Except as otherwise provided in the agreement between them, the parties shall bear their own costs and attorneys' fees associated with this case.

1

So stipulated and agreed:

| | |
|---|---|
| /s/Jeremy R. Wilson | /s/Frank C. Brame |
| Thomas M. Corea | Michael L. Raiff |
|   State Bar No. 24037906 |   State Bar No. 00784803 |
| Jeremy R. Wilson | Frank C. Brame |
|   State Bar No. 24037722 |   State Bar No. 24031874 |
| THE COREA FIRM, P.L.L.C. | Marc A. Fuller |
| The Republic Center |   State Bar No. 24032210 |
| 325 North St. Paul Street, Suite 4150 | VINSON & ELKINS L.L.P. |
| Dallas, Texas 75201 | 2001 Ross Avenue, Suite 3700 |
| 214.953.3900 | Dallas, Texas 75201 |
| 214.953.3901 (fax) | 214.220.7705 |
| | 214.999.7705 (fax) |
| *Attorneys for Plaintiffs Cathryn Elaine Harris, Mario Herrera, and Maryam Hosseiny* | *Attorneys for Defendant Blockbuster Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2010, I electronically filed the foregoing Agreed Motion for Dismissal with Prejudice with the Clerk of the Court for the United States District Court, Northern District of Texas, using the ECF System of the Court. The ECF System sent a "Notice of Electronic Filing" to the attorneys who have consented in writing to accept this notice as service of this document by electronic means.

/s/ Jeremy R. Wilson
Jeremy R. Wilson

US 252574v.1