IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NO. 09-10420

CATHRYN ELAINE HARRIS, on behalf of herself and all others similarly situated; MARIO HERRERA, on behalf of himself and all others similarly situated; AND MARYAM HOSSEINY, on behalf of herself and all others similarly situated,

*Plaintiffs-Appellees*

v.

BLOCKBUSTER INC.,

*Defendant-Appellant*

On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
No. 3:09-cv-217-M, Hon. Barbara M.G. Lynn, Judge Presiding

### APPELLANT'S UNOPPOSED MOTION TO WITHDRAW APPEAL

> Thomas S. Leatherbury
> Michael L. Raiff
> Frank C. Brame
> VINSON & ELKINS LLP
> Trammell Crow Center
> 2001 Ross Avenue, Suite 3700
> Dallas, Texas 75201
> Telephone: 214.220.7792
> Facsimile: 214.999.7792
>
> *Attorneys for Appellant*
> *Blockbuster Inc.*

Appellant Blockbuster Inc. ("Blockbuster") files this Unopposed Motion to Withdraw Appeal and states as follows:

Blockbuster and Appellees Cathryn Elaine Harris, Mario Herrera, and Maryam Hosseiny (collectively, "Appellees") have satisfactorily compromised and settled all matters in dispute between them in this cause, and have agreed that Appellees' claims in this cause against Blockbuster should be dismissed with prejudice to their refiling. Except as set forth in the agreement between the parties, each party is to bear their own costs and fees.

The parties have conferred, and Appellees consent to this Motion.

WHEREFORE, PREMISES CONSIDERED, Blockbuster respectfully requests that this Court dismiss this appeal with prejudice.

Respectfully submitted,

*[signature]*

Thomas S. Leatherbury
Michael L. Raiff
Frank C. Brame
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201
Telephone: 214.220.7792
Facsimile: 214.999.7792

*Attorneys for Appellant*
*Blockbuster Inc.*

## CERTIFICATE OF SERVICE

I certify that the required number of copies of this Unopposed Motion to Withdraw Appeal (both in paper and electronic format) were dispatched to the Clerk of the Fifth Circuit and to the following counsel of record via Hand-Delivery or Federal Express overnight delivery on this, the 11th day of February, 2010:

>Thomas M. Corea
>Jeremy Reade Wilson
>THE COREA FIRM, PLLC
>1201 Elm Street, Suite 4150
>Dallas, TX 75270
>Telephone: 214.953.3900
>Facsimile: 214.953.3901
>
>George A. Otstott
>Ann Jamison
>OTSTOTT & JAMISON, P.C.
>Two Energy Square
>4849 Greenville Avenue, Suite 1620
>Dallas, TX 75206
>Telephone: 214.522.9999
>Facsimile: 214.828.4388
>
>J. Mark Mann
>THE MANN FIRM
>300 West Main Street
>Henderson, TX 75652
>Telephone: 903.657.8540
>Facsimile: 903.657.6003
>
>*Attorneys for Appellees*

_____
Thomas S. Leatherbury

US 261519v.1

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-10420

CATHRYN ELAINE HARRIS, on behalf of herself and all others similarly situated; MARIO HERRERA, on behalf of himself and all others similarly situated; MARYAM HOSSEINY, on behalf of herself and all others similarly situated,

      Plaintiffs - Appellees

v.

BLOCKBUSTER INC,

      Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Pursuant to appellant's motion this appeal is dismissed this 15th day, February, 2010, see FED. R. APP. P. 42(b).

      Clerk of the United States Court
      of Appeals for the Fifth Circuit

      *Gina Randazzo Martin*

      By: _____
      Gina Randazzo Martin, Deputy Clerk

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By *Gina R Martin*
   Deputy
New Orleans, Louisiana

ENTERED AT THE DIRECTION OF THE COURT

DIS4

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 15, 2010



Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 09-10420, Cathryn Harris, et al v. Blockbuster Inc
    USDC No. 3:09-CV-217

Enclosed is a copy of the judgment issued as the mandate.

                                        CHARLES R. FULBRUGE III, Clerk

                                        By: _____
                                        Gina Randazzo Martin, Deputy Clerk
                                        504-310-7687

cc: w/encl:
Mr. Michael L. Raiff
Mr. Marc Rotenberg
Mr. Jeremy R. Wilson

*MDT-1*